UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Timothy Davis and Clare Davis,          Civil File No. 09-cv-2057 PAM/JJG

    Plaintiffs,

vs.          **ORDER**

National Enterprise Systems, Inc., a Foreign
Corporation, and John Doe, a natural person,

    Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

         BY THE COURT


Dated: November 10, 2009          s/Paul A. Magnuson
                                               The Honorable Paul A. Magnuson
                                               Judge of United States District Court